

FILED
KANSAS CITY, KS
MAR 2 0 2009
U.S. COURT OF BANKRUPTCY
BY _____ DEPUT_

IN RE: )
)
ALTERNATE FUELS, INC. ) Case No.: 09-20173
)
DEBTOR. )

## MOTION TO JOIN TRAVELERS CASUALTY & SURETY COMPANY IN ITS MOTION TO DISMISS OR SUSPEND

COMES NOW Party-in-Interest, W. K. Jenkins, by and through his attorneys, and for his Motion to Join Travelers Casualty & Surety Company in its Motion to Dismiss or Suspend, and in support of said motion states:

1. W. K. Jenkins, (hereinafter "Jenkins), is a surety of Alternate Fuels, Inc., (hereinafter "AFI"), having certificates of deposit in excess of $1.3 million on deposit to secure reclamation of the Blue Mound Mine, for which the permits were held by AFI and was last operated by Cimmaron Energy in approximately 1999.

2. Jenkins concurs with each and every statement set forth in Travelers Casualty & Surety Company's, (hereinafter Travelers), motion to dismiss or suspend.

3. Jenkins joins with Travelers in requesting that this court dismiss the voluntary petition for bankruptcy relief under Chapter 11 filed by AFT, or in the alternative suspend proceedings in the case herein until the interpleader action pending in the United States District Court, Western District of Missouri, is concluded.

WHEREFORE, Jenkins moves that this court enter such order as are consistent and allow him to join with Travelers in their motion to dismiss or suspend.

Respectfully Submitted,

/s/ Debra A. Hopkins

Harold L. Caskey    MO #18440
William C. Hopkins  MO #21742
Debra A. Hopkins   KS # 15843, MO # 40403
Laura West          MO #53046
Caskey Hopkins & West, LLC
8 North Delaware - Post Office Box 45
Butler, Missouri 64730
660/679-4161    660/679/6268 FAX
ATTORNEY FOR W. K. JENKINS

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2009, I filed the foregoing with the Clerk of the Court and personally delivered a copy of to Gary H. Hanson and Todd A. Luckman, STUMBO HANSON, LLP, 2887 SW MacVicar, Topeka, Kansas 66611, attorney for debtor Alternate Fuels, Inc.; the U. S. Trustee, Office of the United States Trustee, 301 North Main Street, Suite 1150, Wichita, Kansas 67202; and Keith Witten, GILLILAND & HAYES, P.A., 8717 West 110th Street, Suite 630, Overland Park, Kansas 66210 and Bernard A. Reinert, REINERT & ROURKE, P.C., 812 North Collins, Laclede's Landing, St. Louis, Missouri 63102, and I certify that I have mailed by U. S. Postal Service the above documents to the following non-CM/ECF participant: John W. Capito, Chairman, President, & Board of Directors [sic], Alternate Fuels, Inc., P. O. Box 8007, Prairie Village, Kansas 66208.

Debra A. Hopkins