UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE: )
)  Case No. 09-20173-7 DLS
ALTERNATE FUELS, INC., )
       Debtor. )

NOTICE OF FILING OF FINAL CHAPTER 11 PROFESSIONAL FEE AND EXPENSE STATEMENT ON BEHALF OF TRUSTEE'S ACCOUNTANT, LAIN, FAULKNER & CO., P.C., AS AN ADMINISTRATIVE EXPENSE, FOR THE TIME PERIOD AUGUST, 2018 THROUGH MAY, 2019

NOTICE IS HEREBY GIVEN by the Chapter 11 Trustee, Christopher J. Redmond, of fees and expenses now due the Trustee's Accountants, LAIN, FAULKNER & CO., P.C., 40 North Saint Paul, Suite 600, Dallas, Texas, 75201, for professional services rendered on behalf of this bankruptcy estate for the time periods August, 2018 through and including May, 2019. LAIN, FAULKNER & CO., P.C. has provided professional services on behalf of the Trustee and this estate, and now seeks payment of the same. Invoices are attached hereto as Exhibits "A", "B", "C" and "D" respectively, setting out fees and expenses for the time periods shown, as follows:

| TIME PERIOD | FEES REQUESTED | EXPENSES REQUESTED |
|---|---:|---:|
| August. 2018 (Ex. A) | $69.00 | $0.00 |
| September, 2018 (Ex. B) | $92.00 | $0.20 |
| April, 2019 (Ex. C) | $105.00 | $0.00 |
| May, 2019 (Ex. D) | $0.00 | $0.00 |

Pursuant to the Court's Order entered September 4, 2009, setting out the procedures for payment of professional fees and expenses, this Notice is being provided to all parties of interest, who shall have ten (10) days in which to object or respond to this Notice. To the extent an Objection is filed, the Objection must set forth the basis for the Objection and specifically the

1 | P a g e

fees and/or expenses to which the Objection is made. If no Objection or response is filed, then the Chapter 11 Trustee shall pay to the professional 80% of the fees and 100% of the expenses covered by this Professional Fee Statement.

The Court entered an Order to Convert Case to Chapter 7 in this proceeding on March 25, 2019 (Doc# 1115). The services rendered by the accountants as noted herein were for tax period ending December 31, 2018, on behalf of the Chapter 11 Trustee.

The following Notices have been filed and served, and funds paid out to this professional as follows:

| Date Notice Filed | Fees Requested | Expenses Requested | Date Paid | Fees Paid | Expenses Paid | Remaining Balance Due |
|---|---|---|---|---|---|---|
| 05/20/10 Inv. 12/01/09 thru 04/30/10 | $2,054.00 | $34.40 | 06/04/10 #2028 | $1,643.40 | $34.40 | $410.60 |
| 08/10/10 Inv.5/1/10 thru 6/3010 | $4,638.00 | $186.20 | 09/01/10 #2037 | $3,710.40 | $186.20 | $927.60 |
| 08/26/11 Inv. 06/1/10 thru 07/31/11 | $3,766.50 | $25.51 | 10/06/11 #3007 | $3,013.20 | $25.51 | $753.30 |
| 10/12/11 Inv. 08/01/11 thru 08/31/11 | $8,053.50 | $39.00 | 11/04/11 #3008 | $6,442.80 | $39.00 | $1,610.70 |
| 12/16/11 Inv. 09/01/11 thru 10/31/11 | $8,674.00 | $28.00 | 01/18/12 #3022 | $6,939.20 | $28.00 | $1,734.80 |
| *Subtotal* | *$27,186.00* | *$313.11* | | *$21,749.00* | *$313.11* | *$5,437.00* |
| *01/20/12 Order Approving Fees and Expenses Through 10/31/11 Shown Above* | | | *02/07/12 #3029* | *$5,446.00* | | *(9.00) Error in calculations* |
| 01/19/12 Inv. 11/01/11 thru 12/31/11 | $12,918.00 | $45.56 | 02/07/12 #3028 | $10,334.40 | $45.56 | $2,583.60 |
| 04/11/12 Inv. 02/01/12 thru 02/29/12 | $78.00 | $0.00 | 04/25/12 #3038 | $62.40 | $0.00 | $15.60 |

| Date Notice Filed | Fees Requested | Expenses Requested | Date Paid | Fees Paid | Expenses Paid | Remaining Balance Due |
|---|---|---|---|---|---|---|
| 06/01/12 Jan, 2012 Mar, 2012 | $78.00 $216.00 | $4.88 $0.00 | 07/27/12 #3049 | $62.40 $172.80 | $4.88 $0.00 | $15.60 $43.20 |
| 08/31/12 June, 2012 | $3,098.00 | $78.05 | 09/11/12 #3057 | $2,478.40 | $78.05 | $619.60 |
| 02/05/13 Nov, 2012 | $279.50 | $0.00 | 02/18/13 #5005 | $233.60 | $0.00 | $45.90 |
| 07/30/13 May, 2013 | $3,785.00 | $0.00 | 08/19/13 #5019 | $3,028.00 | $0.00 | $757.00 |
| 10/14/13 June 2013 | $1,000.00 | $6.97 | 11/01/13 #5029 | $800.00 | $6.97 | $200.00 |
| *Subtotal* | *$21,452.50* | *$135.46* | | *$17,172.00* | *$135.46* | *$4,280.50* |
| ***12/31/13 Order Approving Fees and Expenses Through 06/30/13 Shown Above*** | | | ***12/31/13 #5050*** | *$4,280.50* Less (9.00) *Error in calculations* ***$4,271.50*** | | ***$0.00*** |
| 06/13/14 March 2014 | $402.50 | $0.00 | 06/24/14 #5070 | $322.00 | $0.00 | $80.50 |
| 10/23/14 May 2014 June 2014 Aug 2014 Sept 2014 | $1,625.00 $1,111.00 $117.00 $615.50 | $110.00 $0.00 $0.00 $19.68 | 11/3/14 #5082 | $1,300.00 $888.80 $93.60 $492.30 | $110.00 $19.68 | $325.00 $222.20 $23.40 $123.20 |
| 06/04/15 Mar 2015 | $2,550.00 | $115.22 | 6/15/15 #5117 | $2,040.00 | $115.22 | $510.00 |
| 04/04/16 April 2015 Thru Jan 2016 | $1,832.00 | $9.11 | 04/25/16 #5135 | $1,465.60 | $9.11 | $366.50[1] |
| 05/03/16 Feb 2016 March 2016 | $2,577.50 $265.00 | $122.66 | 05/17/19 #5137 | $2,062.00 $212.00 | 122.66 | $515.50 $53.00 |
| *Subtotals* | *$11,095.50* | *$376.67* | | *$8,876.30* | *$376.67* | *$2,219.30* |
| ***06/02/16 Order Approving Fees and Expenses Through*** | | | ***06/02/16 #5142*** | $2,220.10[2] | $0.00 | ***-$0.90*** |

---

[1] Amount paid as to fees, were $0.10 too much.
[2] Amount paid as to fees, were $0.80 too much.

3 | P a g e

| Date Notice Filed | Fees Requested | Expenses Requested | Date Paid | Fees Paid | Expenses Paid | Remaining Balance Due |
|---|---|---|---|---|---|---|
| *03/31/16 Shown Above* | | | | | | |
| 07/14/17 Feb 2017 | $67.50 | $0.00 | 07/28/17 #5164 | $54.00 | | $13.50 |
| 09/15/17 | | | | | | |
| Jan 2017 | $542.00 | $1.86 | | $433.60 | $1.86 | $108.40 |
| March 2017 | $90.00 | $0.00 | | $72.00 | $0.00 | $18.00 |
| April 2017 | $124.00 | $7.20 | 10/02/17 #5170 | $99.20 | $7.20 | $24.80 |
| May 2017 | $1,761.50 | $139.04 | | $1,409.20 | $139.04 | $352.30 |
| June 2017 | $315.00 | $8.00 | | $252.00 | $8.00 | $63.00 |
| 080/6/18 | | | | | | |
| March 2018 | $161.00 | $0.00 | | $128.80 | $0.00 | $32.20 |
| April 2018 | $873.00 | $0.00 | 08/22/18 $2280.91 | $698.40 | $0.00 | $174.60 |
| May 2018 | $1,690.00 | $101.71 | | $1,352.00 | $101.71 | $338.00. |
| *Subtotals* | *$5,624.00* | *$257.81* | | *$4,499.20* | *$257.81* | *$1,124.80* |
| **TOTALS** | ***$65,358.00*** | ***$1,083.05*** | | ***$64,334.10*** | ***$1,083.05*** | ***$1,124.80*** |

DATED: January 13, 2020

Respectfully Submitted,

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #7307
Chapter 7 Trustee
REDMOND LAW FIRM, LLC
6731W. 121st St., Suite 226
Overland Park, KS  66209
Telephone:  913-312-5675
Facsimile:   913-312-5841
christopher.redmond@christopherredmondlawfirm.com

4 | P a g e

Case 09-20173    Doc# 1147    Filed 01/14/20    Page 4 of 8

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

   X    upon filing, the CM/ECF system sent notification to:

U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

Katherine Vance on behalf of U.S. Trustee U.S. Trustee
Katherine.Vance@usdoj.gov

Gary H. Hanson on behalf of Debtor Alternate Fuels, Inc.
gary@stumbolaw.com, rhonda@stumbolaw.com

Todd A Luckman on behalf of Debtor Alternate Fuels, Inc.
todd@stumbolaw.com, rhonda@stumbolaw.com

Robert J. Brundage on behalf of Creditor Continental Casualty Company
rbrundage@ncrpc.com

Robert J. Brundage on behalf of Creditor Continental Insurance Company
rbrundage@ncrpc.com

Rocky T Cannon on behalf of Defendant M. Earlene Jenkins
c_roscoe@hotmail.com,
raklawetc@yahoo.com;cannonlawoffices@gmail.com

Rocky T Cannon on behalf of Defendant William Karl Jenkins
c_roscoe@hotmail.com,
raklawetc@yahoo.com;cannonlawoffices@gmail.com

Rocky T Cannon on behalf of Interested Party John W. Capito
c_roscoe@hotmail.com,
raklawetc@yahoo.com;cannonlawoffices@gmail.com

Rocky T Cannon on behalf of Interested Party W. K. Jenkins
c_roscoe@hotmail.com,
raklawetc@yahoo.com;cannonlawoffices@gmail.com

Jeffrey K. Elnicki on behalf of Creditor The Fowler Land Company, Inc.
jeffreyelnicki@aol.com

Jeffrey K. Elnicki on behalf of Defendant Fowler Land Company, Inc.
jeffreyelnicki@aol.com

Sharon K. Euler on behalf of Defendant Missouri Department of Natural Resources
sharon.euler@pr.mo.gov

Sharon K. Euler on behalf of Defendant Missouri Land Reclamation Program
sharon.euler@pr.mo.gov

Sharon K. Euler on behalf of Defendant Missouri Land Reclarmation Commission
sharon.euler@pr.mo.gov

Sharon K. Euler on behalf of Defendant Larry Coen
sharon.euler@pr.mo.gov

Bonnie N. Hackler on behalf of U.S. Trustee U.S. Trustee
bonnie.hackler@usdoj.gov

Lee R Hardee, III on behalf of Creditor The Fowler Land Company, Inc.
lhardee@thehardeelawfirmllc.com

Lee R Hardee, III on behalf of Defendant Fowler Land Company, Inc.
lhardee@thehardeelawfirmllc.com

Jeff Klusmeier on behalf of Creditor Missouri Department of Natural Resources
jeff.klusmeier@ago.mo.gov, Michelle.Hirschvogel@ago.mo.gov

Kelly Malm on behalf of 3rd Party Plaintiff M. Earlene Jenkins
kelly@wmqlaw.com

Kelly Malm on behalf of 3rd Party Plaintiff William Karl Jenkins
kelly@wmqlaw.com

Kelly Malm on behalf of Defendant M. Earlene Jenkins
kelly@wmqlaw.com

Kelly Malm on behalf of Defendant William Karl Jenkins
kelly@wmqlaw.com

Jordan M Sickman on behalf of U.S. Trustee U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov, jordan.sickman@usdoj.gov

Stephen B. Sutton on behalf of Creditor Beachner Brothers
ssutton@lathropgage.com

Stephen B. Sutton on behalf of Creditor Beachner Construction Co., Inc.
ssutton@lathropgage.com

Stephen B. Sutton on behalf of Creditor Beachner Construction Company, Inc.
ssutton@lathropgage.com

Stephen B. Sutton on behalf of Creditor Northeastern Oklahoma Contracting Corporation
ssutton@lathropgage.com

Stephen B. Sutton on behalf of Creditor Western Bridge Company, Inc.
ssutton@lathropgage.com

Stephen B. Sutton on behalf of Creditor Western Contracting Corporation
ssutton@lathropgage.com

Andrea L Taylor on behalf of Defendant United States of America
andrea.taylor@usdoj.gov,
rhonda.mckinzie@usdoj.gov;robyn.bloomquist@usdoj.gov

Andrea L Taylor on behalf of Interested Party Clerk of The Court
andrea.taylor@usdoj.gov,
rhonda.mckinzie@usdoj.gov;robyn.bloomquist@usdoj.gov

Keith Witten on behalf of Attorney Travelers Casualty & Surety Company
kwitten@gh-ks.com, dkennedy@gh-ks.com

Keith Witten on behalf of Interested Party Travelers Casualty & Surety Company
kwitten@gh-ks.com, dkennedy@gh-ks.com

and to any and all other parties participating in the CM/ECF system in this matter, as evidenced by the receipt generated at the time of the filing of this Notice; and

  X   via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as set forth within the matrix attached to the original of this Notice on file with the Clerk.

                               *s/ Cynthia Houser*