# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No: | 09-20173 DLS | Judge: Dale L. Somers | Trustee Name: | Christopher J. Redmond Ch7 Trustee |
| Case Name: | Alternate Fuels, Inc. | | Date Filed (f) or Converted (c): | 03/25/2019 (c) |
| | | | 341(a) Meeting Date: | 04/22/2019 |
| For Period Ending: | 09/30/2022 | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Landol Land Plane | Unknown | 1.00 | | 0.00 | FA |
| Upon the Trustee's appointment in this matter, the Trustee retained Triad Environmental Services in regard to assisting in the reclamation of the 3 mining sites. The Trustee had workded with Triad Environmental Services ("Triad") involving coal mines in the past and felt they were very experienced in this area. The Trustee requested that Triad go and perform an inspection of each of the sites, The Trustee talked to Debtor's counsel who advised there was a Landoll Land Plane on mining permit site 1901-1 next to the rail spur. A Landoll Land Plane is a piece of equipment that levels ground by being dragged behind a tractor or other devise. Dennis Meier of Triad went to the 3 sites, which were adjacent to each other, and advised that there was no Landall Land Plane on any of the sites as indicated. The Trustee suspicioned that the former owner of Alternate Fuels, Inc. had removed the Landoll Land Plan, but in discussions with Debtor's counsel, he denied that the former owner had removed this piece of equipment and did not know what happened to it. The Trustee also determined there was no insurance coverage on this equipment and therefore no claim could be made. | | | | | |
| 2. Funds in Court Registry | 4,910,807.63 | 4,910,807.63 | | 0.00 | FA |
| Fully Administered during Chapter 11 proceeding | | | | | |
| 3. Reimbursement of Costs from State of Missouri | 7,323.67 | 7,323.67 | | 0.00 | FA |
| Fully administered during Chapter 11 proceeding | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 46,968.22 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | | $4,918,131.30 | $4,918,132.30 | $46,968.22 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

01/18/21 - The Chapter 7 Trustee has been trying to get the Missouri Dept. of Natural Resources to assign the mine permit to a third party so they could take over the reclamation liability, but the Trustee received notification that this is not feasible. The Trustee is currently checking again with the Missouri Attorney General's office and if he cannot assign the mining permit, the Trustee plans to reject the mining permit, address the claims in this matter and close out the same.
11/12/21 - Trustee is finalizing coordination with the Missouri Department of Natural Resources in regard to the reclamation and to reject the mining permits on the two (2) remaining properties

NOTE: In mid-March, 2022 the Chapter 7 Trustee met with the Missouri Department of Natural Resources ("MDNR"), its environmental consultant, the Director of MDNR, general counsel and the Assistant Attorney General in Jefferson City, Missouri, along with a number of other interested parties in bringing the issue of reclamation to completion. The MDNR is reviewing the matter and attempting to arrive at a structure to bring the reclamation as to Alternate Fuels, Inc. to completion. The Trustee anticipates the environmental and reclamation issues can be resolved by the end of 2022 or the first quarter of 2023. The issues are complex with remaining environmental issues however the Chapter 7 Trustee has been compliant with the environmental issues during the administration of this bankruptcy estate. Based on all these issues, the Trustee believes a TFR can be submitted during the second quarter of 2023.

Period Ending 03//31/2022 - Interim Report

Period Ending 09/30/22 - Interim Report

Initial Projected Date of Final Report (TFR): 12/31/2021        Current Projected Date of Final Report (TFR): 09/30/2023

Trustee Signature:        /s/ Christopher J. Redmond Ch7 Trustee        Date: 10/24/2022

Christopher J. Redmond Ch7 Trustee
Redmond Law Firm, LLC
13220 Metcalf, Suite 310
Overland Park, KS  66213
(913)379-1100
christopher.redmond@christopherredmondlawfirm.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 09-20173 | Trustee Name: Christopher J. Redmond Ch7 Trustee |
| Case Name: Alternate Fuels, Inc. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX2217 |
| | Checking |
| Taxpayer ID No: XX-XXX9121 | Blanket Bond (per case limit): $23,148,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 04/12/19 | | Estate of Alternate Fuels, Inc., 09-20173 | Transfer From Chapter 11 Trustee | 9999-000 | $147,450.91 | | $147,450.91 |
| 04/22/19 | 101 | Triad Environmental Services<br>PO Box 1507<br>Pittsburg, KS 66762 | 80% of Fees and 100% of Expenses Per Notice Filed and Service 03/20/19 | | | $4,955.40 | $142,495.51 |
| | | Triad Environmental Services | 80% of Fees and 100% of Expenses Per Notice Filed and Service 03/20/10 ($2,534.40) | 6700-000 | | | |
| | | | ($2,421.00) | 6710-000 | | | |
| 05/01/19 | 102 | Triad Envrionmental Services | Order Entered 4/15/19 (Doc# 1119) Approving 9th Application | 6700-000 | | $6,917.00 | $135,578.51 |
| 05/10/19 | 103 | Estate of Alternate Fuels, Inc., 09-20173 | Transfer to Axos Bank | 9999-000 | | $135,578.51 | $0.00 |
| 05/28/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $111.69 | ($111.69) |
| 05/30/19 | | Union Bank<br>1980 Saturn Street<br>Monterey Park, CA 91755 | Bank Service Fee Refund | 2600-000 | | ($111.69) | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $147,450.91 | $147,450.91 |
| Less: Bank Transfers/CD's | $147,450.91 | $135,578.51 |
| Subtotal | $0.00 | $11,872.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $11,872.40 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-20173  
Case Name: Alternate Fuels, Inc.  
Taxpayer ID No: XX-XXX9121  
For Period Ending: 09/30/2022  

Trustee Name: Christopher J. Redmond Ch7 Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0033  
Checking - Interest Bearing  
Blanket Bond (per case limit): $23,148,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 05/10/19 | | Estate of Alternate Fuels, Inc., 09-20173 | Transfer from Union Bank | 9999-000 | $1,489.16 | | $1,489.16 |
| 05/10/19 | | Estate of Alternate Fuels, Inc., 09-20173 | Transfer from Union Bank | 9999-000 | $135,578.51 | | $137,067.67 |
| 06/02/19 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $157.80 | | $137,225.47 |
| 06/19/19 | | Estate of Alternate Fuels, Inc., 09-20173 | Transfer by Deposit of T-Bill From Union Bank | 9999-000 | $1,000,000.00 | | $1,137,225.47 |
| 06/19/19 | | Global Surety, LLC | Partial Refund of Chapter 11 Trustee Bond Premium | 2300-002 | | ($1,605.00) | $1,138,830.47 |
| 06/21/19 | 2001 | Lockton Affinity, LLC 10895 Lowell Ave., Suite 300 Overland Park, KS 66210 | General Liability Policy June 17, 2019 thru June 17, 2020 Per Order | 2990-000 | | $13,770.75 | $1,125,059.72 |
| 06/30/19 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,719.22 | | $1,126,778.94 |
| 07/31/19 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $2,019.35 | | $1,128,798.29 |
| 08/09/19 | 2002 | Missouri Department of Natural Resouces | 2019 Annual Permit Fees for Blue Mound Mine | 2990-000 | | $300.00 | $1,128,498.29 |
| 09/02/19 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $2,145.15 | | $1,130,643.44 |
| 09/30/19 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,822.87 | | $1,132,466.31 |
| 10/31/19 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $2,021.56 | | $1,134,487.87 |
| 12/01/19 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $2,025.18 | | $1,136,513.05 |
| 12/31/19 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,963.29 | | $1,138,476.34 |
| 01/28/20 | 2003 | Triad Environmental Services PO Box 1507 Pittsburg, KS 66762 | Final Chapter 11 Administrative Expense Per 1/15/20 Order (Doc# 1154) | | | $323.00 | $1,138,153.34 |

Page Subtotals $1,150,942.09 $12,788.75

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-20173  
Case Name: Alternate Fuels, Inc.  
Taxpayer ID No: XX-XXX9121  
For Period Ending: 09/30/2022  

Trustee Name: Christopher J. Redmond Ch7 Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0033  
Checking - Interest Bearing  
Blanket Bond (per case limit): $23,148,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Triad Environmental Services | Final Chapter 11 Administrative Expense Per 1/15/20 Order (Doc# 1154) ($296.00) | 6700-000 | | | |
| | | | ($27.00) | 6710-000 | | | |
| 01/28/20 | 2004 | Triad Environmental Services PO Box 1507 Pittsburg, KS 66762 | 80% of Fees and 100% of Expenses Per Notice filed and served 01/15/20 (Doc# 1153) | | | $17,932.80 | $1,120,220.54 |
| | | Triad Environmental Services | 80% of Fees and 100% of Expenses Per Notice filed and served 01/15/20 (Doc# 1153) ($12,112.80) | 3991-000 | | | |
| | | | ($5,820.00) | 3992-000 | | | |
| 01/28/20 | 2005 | Lain Faulkner & Co., PC 400 N. St. Paul, Sutie 600 Dallas, TX 75201 | Final Chapter 11 Notice 80% of Fees and 100% Expenses filed and served 1/14/20 (Doc# 1147) | | | $213.00 | $1,120,007.54 |
| | | Lain Faulkner & Co., PC | Final Chapter 11 Notice 80% of Fees and 100% Expenses filed and served 1/14/20 (Doc# 1147) ($212.80) | 6410-000 | | | |
| | | | ($0.20) | 6420-000 | | | |
| 01/28/20 | 2006 | Lain Faulkner & Co., PC 400 N. St. Paul, Sutie 600 Dallas, TX 75201 | Chapter 7 80% of Fees and 100% of Expenses Per Notice filed and served 1/14/20 (Doc# 1147) | | | $2,659.98 | $1,117,347.56 |
| | | Lain Faulkner & Co., PC | Chapter 7 80% of Fees and 100% of Expenses Per Notice filed and served 1/14/20 (Doc# 1147) ($2,541.60) | 3410-000 | | | |
| | | | ($118.38) | 3420-000 | | | |
| 02/02/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $2,157.62 | | $1,119,505.18 |
| 03/01/20 | INT | Axos Bank | Interest | 1270-000 | $1,802.37 | | $1,121,307.55 |

Page Subtotals $3,959.99 $20,805.78

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 09-20173 | Trustee Name: Christopher J. Redmond Ch7 Trustee |
| Case Name: Alternate Fuels, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0033 |
| | Checking - Interest Bearing |
| Taxpayer ID No: XX-XXX9121 | Blanket Bond (per case limit): $23,148,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/03/20 | 2007 | Lain, Faulkner & Co., P.C.<br>400 N. St. Paul, Suite 600<br>Dallas, TX 75201 | 20% Holdback Fees of Accountants Per 2/14/20 Order (Doc# 1156) (Final Chapter 11 Fees/Expenses) | 3410-000 | | $1,178.00 | $1,120,129.55 |
| 03/31/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,930.78 | | $1,122,060.33 |
| 04/30/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,933.02 | | $1,123,993.35 |
| 05/31/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $2,000.96 | | $1,125,994.31 |
| 06/17/20 | 2008 | Lockton Affinity, LLC<br>Executive Centre II<br>10895 Lowell Ave., Suite 300<br>Overland Park, KS 66210 | General Liability Coverage Policy Premium | 2990-000 | | $13,650.00 | $1,112,344.31 |
| 06/30/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,938.23 | | $1,114,282.54 |
| 08/02/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $2,111.77 | | $1,116,394.31 |
| 08/12/20 | 2009 | Missouri Dept. of Natural Resources<br>Land Reclamation Program<br>PO Box 176<br>Jefferson City, MO 66102-0176 | 2020 Annual Permit Fees for Blue Mound Mine (Per 8/11/20 Order Doc# 1168)<br>Permit #1990-01<br>Permit #1991-02<br>Permit #1996.01 | 2990-000 | | $300.00 | $1,116,094.31 |
| 08/12/20 | 2010 | Kansas Dept. of Health & Environment<br>Bureau of Water - Industrial Programs Section<br>1000 SW Jackson, Ste. 420<br>Topeka, KS 66612-1367 | Annual Permit Fee for Construction Stormwater Permit Holders<br>Per Order entered 8/11/20<br>(Doc# 1169) | 2990-000 | | $120.00 | $1,115,974.31 |
| 08/31/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,858.96 | | $1,117,833.27 |
| 09/30/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,925.74 | | $1,119,759.01 |
| 11/01/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $2,057.78 | | $1,121,816.79 |

Page Subtotals $15,757.24 $15,248.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-20173
Case Name: Alternate Fuels, Inc.

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0033
Checking - Interest Bearing

Taxpayer ID No: XX-XXX9121
For Period Ending: 09/30/2022

Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/20 | 2011 | Triad Environmental Services<br>PO Box 1507<br>Pittsburg, KS 66762 | 80% Fees and 100% Expense of Counsel per Notice filed and served 08/12/20<br>80% of Fees = 2,241.60; plus Total Expenses of $534.00 | | | $2,775.60 | $1,119,041.19 |
| | | Triad Environmental Services | 80% Fees and 100% Expense of Counsel per Notice filed and served 08/12/20 ($2,241.60) | 3991-000 | | | |
| | | | ($534.00) | 3992-000 | | | |
| 11/30/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,866.22 | | $1,120,907.41 |
| 12/08/20 | 2012 | Triad Environmental Services<br>P.O. Box 1507<br>Pittsburg, KS 66762 | 80% of fees paid $2,191.20, plus 100% of expenses of $5,953.00 | | | $8,144.20 | $1,112,763.21 |
| | | Triad Environmental Services | 80% Fees and 100% Expense of Counsel per Notice filed and served 11/05/20 ($2,191.20) | 3991-000 | | | |
| | | | ($5,953.00) | 3992-000 | | | |
| 12/31/20 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,987.05 | | $1,114,750.26 |
| 01/31/21 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,989.94 | | $1,116,740.20 |
| 02/28/21 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,800.42 | | $1,118,540.62 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,113.87 | $1,117,426.75 |
| 03/31/21 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $1,994.85 | | $1,119,421.60 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,233.91 | $1,118,187.69 |
| 05/02/21 | INT | Axos Bank | Interest Rate 0.021 | 1270-000 | $2,060.60 | | $1,120,248.29 |

Page Subtotals $11,699.08 $13,267.58

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-20173  
Case Name: Alternate Fuels, Inc.  
Taxpayer ID No: XX-XXX9121  
For Period Ending: 09/30/2022  

Trustee Name: Christopher J. Redmond Ch7 Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0033  
Checking - Interest Bearing  
Blanket Bond (per case limit): $23,148,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,194.89 | $1,119,053.40 |
| 05/31/21 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $334.22 | | $1,119,387.62 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,235.69 | $1,118,151.93 |
| 06/22/21 | 2013 | Missouri Dept. of Natural Resources Land Reclamation Program PO Box 176 Jefferson City, MO 65102-0176 | 2021 Annual Permit Fees for Blue Mond Mine Permit # 1991-02 and #1996-01 Per Order entered 6/16/2021 (Doc# 1186) | 2990-000 | | $200.00 | $1,117,951.93 |
| 06/30/21 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $91.91 | | $1,118,043.84 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,194.74 | $1,116,849.10 |
| 07/02/21 | 2014 | Lockton Affinity, LLC 7500 College Blvd., Suite 1215 Overland Park, KS 66210 | Annual Renewal of Commercial General Liability Policy Per 6/30/21 Order (Doc# 1189) | 2990-000 | | $13,650.00 | $1,103,199.10 |
| 07/23/21 | 2015 | Triad Environmental Services PO Box 1507 Pittsburg, KS 66762 | Administrative Expenses Per 7/21/21 Order (Doc# 1191) 20% holdback $4,136.40, PLUS Fees of $8,887.00 and Expenses of $1,644.00 | | | $14,667.40 | $1,088,531.70 |
| | | Triad Environmental | Administrative Expenses Per 7/21/21 Order (Doc# 1191) | ($13,023.40) | 3991-000 | | |
| | | | | ($1,644.00) | 3992-000 | | |
| 07/23/21 | 2016 | LainFaulkner 400 North St. Paul, Suite 600 Dallas, TX 75201 | Administrative Expense Per 7/21/21 Order (Doc# 1192) 20% Hold Back of Fees = $635.40 PLUS Fees of $4,752.50 and Expenses of $114.46 | | | $5,502.36 | $1,083,029.34 |

Page Subtotals  $426.13  $37,645.08

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-20173 | | Trustee Name: | Christopher J. Redmond Ch7 Trustee |
|---|---|---|---|---|
| Case Name: | Alternate Fuels, Inc. | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0033 |
| | | | | Checking - Interest Bearing |
| Taxpayer ID No: | XX-XXX9121 | | Blanket Bond (per case limit): | $23,148,000.00 |
| For Period Ending: | 09/30/2022 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | LainFaulkner | Administrative Expense Per 7/21/21 Order (Doc# 1192) ($5,387.90) | 3410-000 | | | |
| | | | ($114.46) | 3420-000 | | | |
| 08/01/21 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $97.74 | | $1,083,127.08 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,231.33 | $1,081,895.75 |
| 08/26/21 | 2017 | Kansas Dept. of Health & Environment Bureau of Water - Industrial Programs Section 1000 SW Jackson - Ste. 420 Topeka, KS 66612-1367 | Annual Permit Fee for Construction Stormwater Permit Holders August 2021 through August 2022 Per 08/26/21 Order (Doc# 1197) | 2990-000 | | $60.00 | $1,081,835.75 |
| 08/31/21 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $89.50 | | $1,081,925.25 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,202.68 | $1,080,722.57 |
| 09/30/21 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $88.83 | | $1,080,811.40 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,154.78 | $1,079,656.62 |
| 10/31/21 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $91.70 | | $1,079,748.32 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,192.07 | $1,078,556.25 |
| 11/30/21 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $88.65 | | $1,078,644.90 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,152.43 | $1,077,492.47 |

Page Subtotals $456.42 $5,993.29

Case 09-20173    Doc# 1228    Filed 10/28/22    Page 9 of 13

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 09-20173 | Trustee Name: Christopher J. Redmond Ch7 Trustee |
| Case Name: Alternate Fuels, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0033 |
| | Checking - Interest Bearing |
| Taxpayer ID No: XX-XXX9121 | Blanket Bond (per case limit): $23,148,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/21 | 2018 | Lain Faulkner & Co., P.C.<br>40 North Saint Paul, Suite 600<br>Dallas, TX 75201 | Fees and Expenses of Accountants per 12/20/21 Order (Doc# 1206) | | | $2,148.17 | $1,075,344.30 |
| | | | ($2,148.17) | 3420-000 | | | |
| | | | $0.00 | 3410-000 | | | |
| 12/27/21 | 2019 | Triad Environmental Services<br>PO Box 1507<br>Pittsburg, KS 66762 | Fees and Expenses Per 12/20/2021 Order (Doc# 1205) | | | $9,215.60 | $1,066,128.70 |
| | | Triad Environmental Services | Fees and Expenses Per 12/20/2021 Order (Doc# 1205) ($8,536.60) | 3991-000 | | | |
| | | | ($679.00) | 3992-000 | | | |
| 12/31/21 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $91.52 | | $1,066,220.22 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,189.67 | $1,065,030.55 |
| 01/31/22 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $90.63 | | $1,065,121.18 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,178.10 | $1,063,943.08 |
| 02/28/22 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $81.62 | | $1,064,024.70 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,061.03 | $1,062,963.67 |
| 03/31/22 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $90.28 | | $1,063,053.95 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,173.63 | $1,061,880.32 |
| 05/01/22 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $90.19 | | $1,061,970.51 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 09-20173 | Trustee Name: Christopher J. Redmond Ch7 Trustee |
| Case Name: Alternate Fuels, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0033 |
| | Checking - Interest Bearing |
| Taxpayer ID No: XX-XXX9121 | Blanket Bond (per case limit): $23,148,000.00 |
| For Period Ending: 09/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,134.62 | $1,060,835.89 |
| 05/31/22 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $87.20 | | $1,060,923.09 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,171.32 | $1,059,751.77 |
| 06/30/22 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $87.10 | | $1,059,838.87 |
| 06/30/22 | 2020 | Triad Environmental Services PO Box 1507 Pittsburg, KS 66762 | Payment of Fees and Expenses for October 2021 through May 2022 per 6/28/22 Order (Doc# 1214) | | | $11,858.00 | $1,047,980.87 |
| | | Triad Environmental Services | Payment of Fees and Expenses for October 2021 through May 2022 per 6/28/22 Order (Doc# 1214)    ($9,501.00) | 3991-000 | | | |
| | | | ($2,357.00) | 3992-000 | | | |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,132.34 | $1,046,848.53 |
| 07/31/22 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $89.53 | | $1,046,938.06 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,163.87 | $1,045,774.19 |
| 08/09/22 | 2021 | Redmond Law Firm LLC Attn: Christopher J. Redmond 13220 Metcalf Ave., Suite 310 Overland Park, KS 66213 | First and Final Fee Application for Chapter 11 Trustee's Counsel per 09/01/2020 Order (Doc# 1173) | | | $36,507.16 | $1,009,267.03 |
| | | Redmond Law Firm LLC | First and Final Fee Application for Chapter 11 Trustee's Counsel per 09/01/2020 Order (Doc# 1173)    ($36,348.00) | 6110-000 | | | |
| | | | ($159.16) | 6120-000 | | | |

$263.83    $52,967.31

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-20173  
Case Name: Alternate Fuels, Inc.  
Taxpayer ID No: XX-XXX9121  
For Period Ending: 09/30/2022  

Trustee Name: Christopher J. Redmond Ch7 Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0033  
Checking - Interest Bearing  
Blanket Bond (per case limit): $23,148,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/16/22 | 2022 | Lain Faulkner & Co., PC | Fees and Expenses of Accountants per 08/02/22 Order (Doc# 1216) | | | $3,170.20 | $1,006,096.83 |
| | | Lain Faulkner & Co., PC | Fees and Expenses of Accountants per 08/02/22 Order (Doc# 1216) ($3,146.50) | 3410-000 | | | |
| | | | ($23.70) | 3420-000 | | | |
| 08/16/22 | 2023 | Lockton Affinity, LLC | Payment of Insurance Premium Per 08/12/22 Order (Doc# 1223) | 2420-000 | | $16,675.50 | $989,421.33 |
| 08/25/22 | 2024 | Kansas Dept. of Health & Envrionment Bureau of Water-Industrial Programs Section 1000 SW Jackson, Ste. 420 Topeka, KS  66612-1367 | Payment of Permit Fee Per 8-24-22 Order (Doc# 1226) | 2990-000 | | $60.00 | $989,361.33 |
| 08/31/22 | INT | Axos Bank | Interest Rate 0.001 | 1270-000 | $86.87 | | $989,448.20 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,129.27 | $988,318.93 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $1,184,035.89 | $195,716.96 |
| Less: Bank Transfers/CD's | | $1,137,067.67 | $0.00 |
| Subtotal | | $46,968.22 | $195,716.96 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $46,968.22 | $195,716.96 |

Case 09-20173    Doc# 1228    Filed 10/28/22    Page 12 of 13

Page Subtotals: $86.87  $21,034.97

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0033 - Checking - Interest Bearing | $46,968.22 | $195,716.96 | $988,318.93 |
| XXXXXX2217 - Checking | $0.00 | $11,872.40 | $0.00 |
|  | $46,968.22 | $207,589.36 | $988,318.93 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $46,968.22 |
| Total Gross Receipts: | $46,968.22 |

Trustee Signature: /s/ Christopher J. Redmond Ch7 Trustee    Date: 10/24/2022

Christopher J. Redmond Ch7 Trustee
Redmond Law Firm, LLC
13220 Metcalf, Suite 310
Overland Park, KS  66213
(913)379-1100
christopher.redmond@christopherredmondlawfirm.com